# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
U.S. MARSHALS-S/CA
2020 JUN -4 PM 12:12

UNITED STATES OF AMERICA )
vs )
Javier Rodriguez )

CASE NUMBER  19mj22260

ABSTRACT OF ORDER

Booking No. 85587298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  6/4/19
the Court entered the following order:

✓ _____ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release.
✓ _____ Defendant released on $ 7500 P/S Dep/FRA bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case dismissed.
_____ Case dismissed, charges pending in case no. _____
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other._____

Robert N. Block
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL                    Clerk
by  E. Silvas  2923
                         Deputy Clerk

Received_____
         DUSM

Crim-9   (Rev. 8-11)                              ★ U.S. GPO: 1996-783-398/40151

**CLERK'S COPY**