16

**FILED**
Aug 06 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ mattb   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'19 CR3007 WVG

| UNITED STATES OF AMERICA, | Case No. 19MJ22260-MJS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325(a)(1) - Improper Entry by an Alien (Misdemeanor) |
| JAVIER RODRIGUEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about May 30, 2019, within the Southern District of California, defendant JAVIER RODRIGUEZ, being an alien, attempted to enter the United States at a time or place other than as designated by immigration officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325(a)(1).

ROBERT S. BREWER, JR.
United States Attorney

July 30, 2019

JOSEPH S. SMITH, JR.
Assistant U.S. Attorney