# UNITED STATES DISTRICT COURT
## FOR THE Southern District of California
### San Diego

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                           Case No.: 3:19−cr−03007−WVG
                                           Magistrate Judge William V. Gallo

Javier Rodriguez

                        Defendant.

### NOTICE RE: EXONERATION OF BOND AND RELEASE OF COLLATERAL
### PURSUANT TO CRIMINAL LOCAL RULE 46.1(g)

NOTICE RE: Exoneration of Bond and Release of Collateral Pursuant to Criminal Local Rule 46.1(g), as to Javier Rodriguez. Please take notice that the entitled action is terminated and the bond has not been exonerated, or if exonerated, a proposed order to release collateral and/or disburse funds was not submitted. (mwb)

Pursuant to Criminal Local Rule 46.1(g), counsel shall submit a proposed order to exonerate said bond and disburse funds held in the Registry of the Court to the Surety, or show cause why said funds cannot be disbursed. If an example of a proposed order to disburse funds is needed, send an e−mail request to finance@casd.uscourts.gov.

Counsel shall submit a proposed order within 30 days of the filing of this notice. If no response is filed to this notice, it would appear that the right of Surety to the funds on deposit is not in dispute. The funds, should they not be claimed by the Surety, and having remained on deposit for more than five years, will be subject to deposit in the Treasury of the United States in the name and to the credit of the United States. See 28 U.S.C. 2042.

                                                                                     John Morrill,
                                                                     Clerk of the Court

                                                                  By: s/ Laura Jimenez,
                                                                    Financial Supervisor
                                                                       (619) 557−6366